IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH RUBIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LADY BENJAMIN CANNON,<br><br>　　　　　Defendant. | Case No. 22-cv-02474-CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE** |

Pro se Defendant Lady Benjamin Cannon removed this case from state court asserting diversity jurisdiction under 28 U.S.C. § 1332(a). Chief Magistrate Judge Spero ordered her to show cause why the case should not be remanded sua sponte for failure to establish the requisite amount in controversy. Order to Show Cause (dkt. 4). Cannon did not respond. On June 7, 2022, Chief Magistrate Judge Spero therefore issued a report and recommendation concluding that the case should be remanded to state court and denying Plaintiff Rubin's request for attorneys' fees. See Report and Recommendation (dkt. 11). The case was then reassigned to the undersigned judge. Dkt. 12. Cannon did not file an objection to the report and recommendation by the deadline of June 21.

Because Chief Magistrate Judge Spero's report and recommendation is well-reasoned, thorough, and correct, the Court adopts it in full. The Court REMANDS this case to California Superior Court for the County of San Francisco, where it was assigned case number CGC-21-590125.

**IT IS SO ORDERED.**

Dated: June 24, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge